# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TIARE TECHNOLOGIES, INC., | § § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-0182-JRG-RSP |
| WHATABURGER RESTRAURANTS, LLC, | § § § § | (LEAD CASE) |
| *Defendant*. | § | |
| v. | § § § | |
| LOWE'S HOME CENTERS, LLC, | § § § | CIVIL ACTION NO. 2:22-CV-0180-JRG-RSP (MEMBER CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss ("Motion") filed by Tiare Technology, Inc. ("Plaintiff") and Lowe's Home Centers, LLC ("Defendant"). (Dkt No. 103). In the Motion, the parties request dismissal of all claims between Plaintiff and Defendant with prejudice (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendant and counterclaims asserted by Defendant against Plaintiff in the above-captioned member case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:22-CV-00180 and Lead Case No. 2:22-CV-00182 as no parties or claims remain.

**So ORDERED and SIGNED this 27th day of September, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE